**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  FRANK E. SCHREIBER                           Case Number: 07-71576
        401 GALVIN PARKWAY       SSN-xxx-xx-3288
        HARVARD, IL 60033

                                        Case filed on:      7/2/2007
                                        Plan Confirmed on:  2/29/2008
                C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $7,275.43     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY SCOTT A BENTLEY | 3,774.00 | 3,774.00 | 2,020.40 | 0.00 |
|  | Total Legal | 3,774.00 | 3,774.00 | 2,020.40 | 0.00 |
| 008 | CBT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ENTERPRISE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | HARVARD COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | JEFFERSON CAPITAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | INTERNAL REVENUE SERVICE | 1,853.00 | 1,853.00 | 0.00 | 0.00 |
|  | Total Priority | 1,853.00 | 1,853.00 | 0.00 | 0.00 |
| 999 | FRANK E. SCHREIBER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS INC | 36,915.93 | 0.00 | 0.00 | 0.00 |
| 002 | CUB CADET | 401.37 | 401.37 | 95.72 | 0.00 |
| 003 | WELLS FARGO AUTO FINANCE | 14,875.00 | 13,425.00 | 2,578.37 | 2,032.09 |
|  | Total Secured | 52,192.30 | 13,826.37 | 2,674.09 | 2,032.09 |
| 003 | WELLS FARGO AUTO FINANCE | 10,138.78 | 11,588.78 | 0.00 | 0.00 |
| 004 | ASPIRE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CITY OF WOODSTOCK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | FAMILY DENTISTRY OF WOODSTOCK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FRANK M. BONIFACIC, ESQ. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | HARTLAND VETERINARY CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | H & R ACCOUNTS | 577.75 | 577.75 | 0.00 | 0.00 |
| 018 | MHS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MORAINE ER PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | OSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | SECURITY CHECK | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | UNITED CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ALLISON KENNEDY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 10,716.53 | 12,166.53 | 0.00 | 0.00 |
|  | Grand Total: | 68,535.83 | 31,619.90 | 4,694.49 | 2,032.09 |

Total Paid Claimant:       $6,726.58
Trustee Allowance:         $548.85
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                       /s/ Lydia S. Meyer
                                       Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008                By  /s/Heather M. Fagan